UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT JANNUZZI,<br><br>                    Plaintiff,<br><br>v.<br><br>GENERAL MOTORS LLC, a Delaware Corporation, and DOES 1-10,<br><br>                    Defendant. | Case No.: 3:18-cv-02709-BEN-MSB<br><br>**ORDER GRANTING STIPULATION TO DISMISS PLAINTIFF'S FOURTH AND FIFTH CAUSES OF ACTION, PLAINTIFF'S CLAIM FOR PUNITIVE DAMAGES AND WITHDRAWING DEFENDANT'S MOTION TO TRANSFER VENUE**<br><br>[Doc. No. 18] |

On January 27, 2020, Plaintiff Vincent Jannuzzi ("Plaintiff") and Defendant General Motors LLC ("Defendant") submitted a Stipulation to Dismiss Plaintiff's Fourth and Fifth Causes of Action, Plaintiff's Claim for Punitive Damages and Withdrawing Defendant's Motion to Transfer Venue.

Having reviewed the Stipulation, and finding good cause for same, the Stipulation is hereby **GRANTED**. The Court Orders as follows:

1. Plaintiff's Fourth Cause of Action for Fraud in the Inducement – *Intentional Misrepresentation*, and Fifth Cause of Action for Fraud in the Inducement – *Concealment*, are dismissed with prejudice;

1

2. Plaintiff's claim for punitive damages is dismissed with Prejudice;

3. Defendant's Motion to Transfer Venue is withdrawn and the hearing vacated.

**IT IS SO ORDERED.**

DATED: January 30, 2020

_____
HON. ROGER T. BENITEZ
United States District Judge